■ RONALD W. PIERCE et al., Appellants, v JOE G. FROST et al., Respondents. (Appeal No. 1.) [743 NYS2d 770] —Appeal from an order of Supreme Court, Jefferson County (Gilbert, J.), entered September 6, 2000, which, inter alia, denied plaintiffs' motion for summary judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5501 [a]

[1]). Present—Pine, J.P., Hurlbutt, Burns, Gorski and Lawton, JJ.